IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CONNIE BELLAIRS, f/k/a Connie Colton,** ) ) ) | CASE NO. 7:04CV5001 |
| Plaintiff, ) ) | |
| ) | ORDER |
| vs. ) ) | |
| **TRACY BROADCASING CORPORATION, INC.,** ) ) ) | |
| Defendant. ) | |

Upon notice given to the District Judge on July 29, 2005, that the above case has settled,

**IT IS ORDERED**:

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the Clerk of the Court which will fully dispose of the case on or before September 1, 2005. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii), and shall state whether the dismissal is with or without prejudice; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

Dated this 1st day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge