IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CONNIE BELLAIRS, f/k/a Connie Colton,** | ) ) ) | **CASE NO. 7:04CV5001** |
| **Plaintiff,** | ) ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) ) | |
| **TRACY BROADCASING CORPORATION, INC.,** | ) ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Stipulation to Dismiss. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Stipulation to Dismiss (Filing No. 25) is approved, and the relief requested therein shall be granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney's fee, unless otherwise agreed by and between them.

Dated this 19th day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge